# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2018

156823

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

FRED PAQUIN,
          Plaintiff-Appellant,

v

CITY OF ST. IGNACE,
          Defendant-Appellee,
and

ATTORNEY GENERAL,
          Intervening Appellee.

SC: 156823
COA: 334350
Mackinac CC: 2015-007789-CZ

_____/

On order of the Court, the application for leave to appeal the October 19, 2017 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the plaintiff's holding elective office with and being employed by an Indian tribe constitutes "any elective office or position of employment in local, state, or federal government" under Const 1963, art 11, § 8. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file supplemental briefs within 21 days of being served with the appellant's brief. The appellees shall also electronically file appendices, or in the alternative, stipulate to the use of the appendix filed by the appellant. Replies, if any, must be filed by the appellant within 14 days of being served with the respective appellee's brief. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2018



t0516

Clerk